**James R. SCHNELLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 76318**

Missouri Court of Appeals, Western District.

ORDER FILED: January 20, 2015

Damien De Loyola, Kansas City, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

**ORDER**

Per curiam:

James Schnelle ("Schnelle") appeals the judgment of the Circuit Court of Clay County denying, after an evidentiary hear-ing, his motion for post-conviction relief. We affirm. A memorandum fully explaining our decision has been provided to the parties. Rule 84.16(b).